### IN THE UNITED STATES DISTRICT COURT
### FOR THE NORTHERN DISTRICT OF MISSISSIPPI
### DELTA DIVISION

GEORGE EDWARDS												PLAINTIFF

V.												CIVIL ACTION NO. 2:12CV39-MPM-JMV

SENATOBIA MUNICIPAL SCHOOL DISTRICT										DEFENDANT

### ORDER ON PLAINTIFF'S MOTION TO STAY

This matter is before the court on the Plaintiff's motion entitled "Motion to Stay/Suspend All Proceedings in this Matter Pending E.E.O.C. Compliance with Amendments to the Original Complaint Submitted by the Plaintiff" (#20). The court having considered said Motion finds it to be without merit. The Motion itself is replete with extraneous, irrelevant assertions and accusations which do not even purport to be a basis for a stay. Further, the stay request appears to be premised on allegations that the Plaintiff has or seeks to make against the E.E.O.C. The E.E.O.C. is not a party to the instant complaint and accusations against it by Plaintiff are not grounds to stay this action.

The Plaintiff has wholly failed to assert any proper basis for a stay of the instant action, and as such, the Motion for Stay will be denied.

SO ORDERED this the 4th day of June, 2012.

/s/ JANE VIRDEN
JANE VIRDEN
U.S. MAGISTRATE JUDGE