**IN THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF MISSISSIPPI**
**DELTA DIVISION**

**GEORGE EDWARDS**                                                                               **PLAINTIFF**

**V.**                                         **CIVIL ACTION NO. 2:12-cv-39-M-V**

**SENATOBIA MUNICIPAL SCHOOL DISTRICT**                      **DEFENDANT**

**ORDER**

This cause is before the court on several motions: plaintiff's motion to produce (#40), defendant's motion to strike notice to defendant (#43), and defendant's motion to strike plaintiff's response to pleadings (#44). The court, having reviewed the record, the motions and responses, and the applicable law, for the reasons announced by the court on the record at the conclusion of the a hearing on these motions held on June 26, 2012, finds:

Plaintiff's motion to produce (#40) shall be **DENIED**; and

Defendant's motion to strike notice to defendant (#43) shall be **GRANTED**; and

Defendant's motion to strike plaintiff's response to the pleadings (#44) shall be **GRANTED.**

**SO ORDERED** this, the 28th day of June, 2012.

/s/ Jane M. Virden
U. S. MAGISTRATE JUDGE